## Patrick H. Fleming v. Hattie E. Peterson.

1. FORMER DECISIONS—*In the Same Case are Binding.*—For the lower court, and for this court on a second appeal, the decision on the first appeal is the law of the case.

Bill, to enforce a contract. Appeal from the Circuit Court of Cook County; the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed February 9, 1897.

JOHN C. RICHBERG, attorney for appellant.

COLIN C. H. FYFFE, attorney for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

This cause has before been here. The opinion then given, Peterson v. Fleming, 63 Ill. App. 357, controls the court at the present time.

The facts are set forth in that opinion, and upon the authority of the former holding, the decree of the Circuit Court is affirmed.